```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO.10-60891-CIV-LENARD
                         MAGISTRATE JUDGE P.A.WHITE
```

RONALD MOBLEY,                  :

    Plaintiff,              :

v.                              :          REPORT OF
                                                    MAGISTRATE JUDGE
OFFICER ANDERSON, et al,        :

    Defendants.             :
_____

    The pro-se plaintiff, Ronald Mobley, filed a civil rights complaint alleging he was beaten by Broward County Deputies. The plaintiff's address was unclear and on June 9, 2010, the docket indicates mail sent to the plaintiff was undeliverable. He was asked to notify the Court if he wished to continue this lawsuit. The Court's Order was sent to the Broward County Main Jail. The plaintiff filed a response indicating he wished to continue the lawsuit. The response was sent from GED Care TCFTC, 96 SW Allapattah Rd, in Indiantown. Mail sent to the plaintiff permitting him to proceed *in forma pauperis*, and an Order of Instructions appear to have been sent to the plaintiff at the Broward County Jail.

    The plaintiff failed to verify his complaint under penalty of perjury. The plaintiff was ordered to verify the complaint on or before September 24, 2010. The plaintiff was cautioned that failure to comply with the Court's Order shall result in dismissal of his case. The plaintiff has failed to comply with the Court's Order.

    It is therefore recommended that this case be dismissed without prejudice for lack of prosecution as evidenced by the

plaintiff's failure to comply with the Court's Orders.

Objections to this Report may be filed with the District Judge within fourteen days following receipt.

Dated at Miami, Florida, this 8th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Ronald Mobley, Pro-Se
    GED Care TCFTC
    6 SW Allapattah Rd.
    Indiantown, FL 34956
    Address of record