UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60891-CIV-LENARD/WHITE

**RONALD MOBLEY**,

    Plaintiff,
v.

**OFFICER ANDERSON, et al,**

    Defendants.
_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 11) AND DISMISSING CASE

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 11), issued on December 8, 2010, recommending that Plaintiff's Complaint be dismissed without prejudice for lack of prosecution. Therein, the Parties were provided fourteen (14) days to file objections to the Report. To date, Plaintiff has not filed any objections to the Report. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 11), issued on December 8, 2010, is **ADOPTED**;

    2.       Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution;

    3.       This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of January, 2011.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**